IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN W. WRIGHT III,

                Plaintiff,

v.

MRS. KILSDONK, DR. SPOTTS,
MS. PARKER, MS. SHARP, MS. BONES,
MR. KEMPER, and MR. HOWARD,

                Defendant.

ORDER

14-cv-283-jdp

---

In an order entered on August 26, 2015, I dismissed plaintiff John Wright III's amended complaint for failure to comply with Federal Rule of Civil Procedure 8. Dkt. 17. Plaintiff was given a deadline of September 16, 2015 to file a second amended complaint explaining the basis for his claims. In addition, I warned plaintiff that his failure to respond would result in dismissal of this case. It is now past plaintiff's September 16 deadline, and he has not filed a second amended complaint or otherwise responded to the court's order.

Accordingly, IT IS ORDERED that this case is DISMISSED. The clerk of court is directed to enter judgment and close this case.

Entered September 30, 2015.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge