IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN W. WRIGHT III,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 14-cv-283-jdp

MRS. KILSDONK, DR. SPOTTS,
MRS. PARKER, MS. SHARP, MS. BONES,
MR. KEMPER and MR. HOWARD,

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 9/30/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |